UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-3284

Deborah Laufer,
    Plaintiff,
v.

Skyhigh Hospitality LLC,
    Defendant(s).

## NOTICE OF SETTLEMENT

Plaintiff, Deborah Laufer, through counsel, files this Notice of Settlement advising that the parties have agreed to settle all claims asserted in this action. The parties are in the process of preparing and executing the necessary settlement documents and request 45 days within which to file a dismissal with prejudice.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this December 17, 2020.

*/s/Suzette M. Marteny Moore*
**Suzette M. Marteny Moore**
Of Counsel, Thomas Bacon PA
2690 S. Combee Road
Lakeland, Florida 33803
(863) 229-2140 (T)
S.Moore@SMooreLaw.com
Eservice@SMooreLaw.com
*Attorneys for Plaintiff*