UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**CASE NO.: 1:20-cv-3284**

DEBORAH LAUFER,
          Plaintiff,
v.

Skyhigh Hospitality LLC,
          Defendant(s).

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff, by and through undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby files this Notice of Voluntary Dismissal With Prejudice as the parties have settled this dispute and Defendant has neither answered the Complaint nor moved for summary judgment.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I filed the foregoing using the Clerk of Court's CM/ECF system, which will serve all counsel of record electronically.

Respectfully Submitted,

**s/Suzette M. Marteny Moore**
*Suzette M. Marteny Moore*
Of Counsel, Thomas Bacon PA
2690 S. Combee Rd.
Lakeland, Florida 33803
Tel: 863-229-2140
S.Moore@SMooreLaw.com
EService@SMooreLaw.com
*Attorneys for Plaintiff Deborah Laufer*